**John K. HULETT, Appellant,**

v.

**BRINK'S HOME SECURITY, INC., Appellee.**

No. 05–3440.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 28, 2006.

Filed: Aug. 29, 2006.

John K. Hulett, Plymouth, MN, pro se.

Thomas J. Hunziker, Dunkley & Bennett, Minneapolis, MN, for Appellee.

Before MURPHY, BYE, and MELLOY, Circuit Judges.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

PER CURIAM.

John Hulett appeals the district court's [1] adverse grant of summary judgment in his employment-discrimination action under the Age Discrimination in Employment Act. Having carefully reviewed the record, *see Jacob–Mua v. Veneman,* 289 F.3d 517, 520 (8th Cir.2002) (de novo standard of review), we find the district court's analysis to be correct, thorough, and well-reasoned. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota.